| | |
|---|---|
| SPARKLE POP LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>- against -<br><br>DYNAMIC FORCES, INC. a New Jersey Corporation,<br><br>       Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 25-cv-15517-CPO-MJS<br><br>(Civil Action)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT AND COUNTERCLAIMS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that pursuant to Rule 41(a)(1)(A)(ii) and 41(c)(1) of the Federal Rules of Civil Procedure Plaintiff Sparkle Pop, LLC ("Sparkle Pop" or "Plaintiff") hereby gives notice that the above-captioned action against Defendant Dynamic Forces, Inc. ("Dynamic" or "Defendant");is voluntarily dismissed, without prejudice, and it is further stipulated and agreed that Defendant's counterclaim(s) in the above-captioned action against the Plaintiff are voluntarily dismissed, without prejudice.

DATED: November 12, 2025

| | |
|---|---|
| MEDINA LAW FIRM LLC<br><br>By: ___/s/ Eric Medina_____<br> Eric Medina<br>641 Lexington Avenue, 13th Floor<br>New York, NY 10022<br>Tel: (212) 404-1742<br>Fax: (888) 833-9534<br>emedina@medinafirm.com<br><br>*Counsel to Plaintiff* | MCDOWELL LAW, P.C.<br><br>By: ___/s/ Rachel B. Brekke_____<br> Rachel B. Brekke<br>46 W. Main Street<br>Maple Shade, NJ 08502<br>Tel: (856) 482-5544<br><br>rbrekke@mcdowelllegal.com<br><br>*Counsel to Defendant-Counterclaimant* |